**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 02-2243

———————

GARY LEE JOHNSON,

                                    Plaintiff - Appellant,

        versus

FIRST FEDERAL SAVINGS & LOAN,

                                    Defendant - Appellee,

        and

HENRY G. BENNETT, JR., Trustee,

                                                    Trustee.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Danville.  Norman K. Moon, District Judge.
(CA-02-78-4, BK-01-1457-WA4-7)

———————

Submitted:  February 20, 2003        Decided:  March 28, 2003

———————

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gary Lee Johnson, Appellant Pro Se.  Michael Wayne Cannaday,
Collinsville, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gary Lee Johnson appeals from the district court's order affirming the bankruptcy court's orders converting his bankruptcy case to one under Chapter 7 and lifting the automatic stay. We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm on the reasoning of the district court. See Johnson v. First Fed. Sav. & Loan, Nos. CA-02-78-4; BK-01-1457-WA4-7 (W.D. Va. Sept. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED